UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAVI SUNDAY,

                Plaintiff,

against

GREYHOUND LINES, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 290 (SLC)

**ORDER FOR STATUS REPORT**

**SARAH L. CAVE,** United States Magistrate Judge.

Because neither party filed dispositive motions, the parties are directed to provide a joint status letter by **June 16, 2020** informing the court how they would like to proceed in this action. The parties should inform the Court whether they would like a pre-trial schedule, or whether they are interested in scheduling a settlement conference.

Dated:     New York, New York
              June 2, 2020

                              SO ORDERED

                              _/s/ Sarah L. Cave_
                              SARAH L. CAVE
                              United States Magistrate Judge