UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAVI SUNDAY,

                Plaintiff,

against

GREYHOUND LINES, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 290 (SLC)

**AMENDED TELEPHONE CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The telephonic status conference currently scheduled for July 15, 2020 at 2:00 pm is RESCHEDULED to **July 14, 2020 at 2:30 pm**.

Dated:    New York, New York
            June 23, 2020

                          SO ORDERED

                          _/s/ Sarah L. Cave_
                          SARAH L. CAVE
                          **United States Magistrate Judge**