UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAVI SUNDAR,

                    Plaintiff,

against

GREYHOUND LINES, INC., et al.,

                    Defendants.

CIVIL ACTION NO.: 19 Civ. 290 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the conference held today, October 8, 2020 the Court orders as follows:

By **October 22, 2020**, the parties shall file a joint status letter informing the Court of the following:

1. Scheduling Mr. Wilson's deposition;

2. Scheduling the deposition of Ms. Ghee;

3. Scheduling the deposition of Ms. Corley;

4. Defendants' response to the supplemental discovery demands Plaintiff will serve today; and

5. Scheduling of Plaintiff's medical examination.

Dated:      New York, New York
              October 8, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**