UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAVI SUNDAR,

                Plaintiff,

against

GREYHOUND LINES, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 290 (SLC)

**ORDER FOR STATUS REPORT**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the order dated October 8, 2020, the Court directed the parties to submit a joint status letter by October 22, 2020 informing the Court of various scheduling matters. (ECF No. 27).

To date, no status letter has been submitted. Accordingly, by **Friday, October 30, 2020**, the parties must submit the status letter in accordance with the instructions in ECF No. 27.

Dated:      New York, New York
             October 26, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**